UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Crim. No. 09-551 (SDW)
v.  :
  :
JOSE EFRAIN FUENTES-SABRES  :  **ORDER**

This matter having been opened to the Court by Gary Mizzone, Esq., counsel for Defendant Jose Efrain Fuentes-Sabres and Assistant United States Attorney Deborah J. Gannett appearing for the United States and consenting hereto for an Order modifying defendant's bail conditions to expand the travel restriction to include New York, and the Court having considered the arguments of counsel, and the consent of counsel to the requested modification, and for good and sufficient cause shown,

IT IS ORDERED that the Defendant Jose Efrain Fuentes-Sabres' bail condition restricting travel is hereby expanded to allow Defendant to travel to New York.

IT IS FURTHER ORDERED that all other bail conditions previously imposed shall remain in effect.

IT IS FURTHER ORDERED that a copy of the within Order be provided to all counsel and Pre-Trial Services within 7 days hereof.

_____
Hon. Susan D. Wigenton, U.S.D.J.

The undersigned hereby consent
to the form and entry of this Order.

_____
GARY MIZZONE, Attorney for Defendant

_____
DEBORAH J. GANNETT, AUSA